Joyce STEVENS, Appellant,

v.

George R. WEAVER, Jr., Respondent.

No. WD 39457.

Missouri Court of Appeals, Western District.

March 22, 1988.

Kenneth C. Hensley, White, Allinder, Grate & Hensley, Independence, for appellant.

John E. Chick, Jr., Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from order transferring custody of two sons to the father.

Judgment affirmed. Rule 84.16(b).